**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEKING HANDICRAFT INC, | No. C-12-03377 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEDAYA HOME FASHIONS INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for January, 2, 2013 has been CONTINUED to **January 9, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 2, 2013.**

IT IS SO ORDERED.

Dated: December 4, 2012

IT IS SO ORDERED

_____
DONNA M. RYU
United States Magistrate Judge