UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEKING HANDICRAFT INC,

    Plaintiff(s),

v.

HEDAYA HOME FASHIONS INC,

    Defendant(s).

No. C-12-03377 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for January, 2, 2013 has been CONTINUED to **January 9, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 2, 2013.**

IT IS SO ORDERED.

Dated: December 4, 2012



_____
DONNA M. RYU
United States Magistrate Judge